UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOU THAO,<br><br>        Petitioner,<br><br>   v.<br><br>H.B. ANGLEA,<br><br>        Respondent. | No. 2:18-cv-0042-TLN-EFB P<br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested a 60-day extension of time to file his traverse. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 16) is granted and he has 60 days from the date this order is served to file his traverse. The court is not inclined to grant additional requests for extensions of time.

Dated: March 29, 2018.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE